JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUBER FERMIN PANAMENO CORNEJO,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>PAMELA JO BONDI, et al.,<br><br>　　　　Respondents. | Case No. 5:26-cv-00152-SSS-BFM<br><br>**JUDGMENT** |

1    Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS
2    HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1)
3    is granted as to Petitioner's First Claim for Relief regarding violation of 8 U.S.C.
4    § 1226(a) and Respondents are enjoined from continuing to detain Petitioner
5    unless she is provided with individualized bond hearings before an immigration
6    judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.
7    The Court DIRECTS the Clerk to close this case.
8    DATED: January 28, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2